| | | | |
|---|---|---|---|
| City of Philadelphia v. Perfetti [60] | 02/01/2016 | 423–426 EAL (2015) | Denied | Pa.Cmwlth., 119 A.3d 396 |
| Collazo v. Mount Airy #1, LLC [61] | 02/02/2016 | 789 MAL (2015) | Denied | Pa.Cmwlth., 122 A.3d 1200 |
| English v. W.C.A.B. (Gateway Ticketing) [62] | 02/17/2016 | 699 MAL (2015) | Denied | |
| Hammad v. Bureau of Professional and Occupational Affairs, State Bd. of Veterinary Medicine [63] | 02/02/2016 | 608 EAL (2015) | Denied | Pa.Cmwlth., 124 A.3d 374 |
| Keystone Independent Living, Inc. v. Department of Public Welfare [64] | 02/02/2016 | 639 MAL (2015) | Denied | |
| King v. Riverwatch Condominium Owners Ass'n [65] | 12/29/2015 | 489 MAL (2015) | Denied | No. 2228 CD 2014 |
| Lynch v. Solana [66] | 02/02/2016 | 787 MAL (2015) | Denied | Pa.Cmwlth., 122 A.3d 1201 |

60. Justice EAKIN did not participate in the consideration or decision of this matter.

61. Justice EAKIN did not participate in the decision of this matter.

62. Justice EAKIN did not participate in the consideration or decision of this matter.

63. Justice EAKIN did not participate in the decision of this matter.

64. Justice EAKIN did not participate in the consideration or decision of this matter.

65. Justice EAKIN did not participate in the decision of this matter. Reconsideration Denied February 10, 2016.

66. Justice EAKIN did not participate in the decision of this matter.